FILED11 SEP '24 12:47USDC-ORP

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Oregon

_____4th_____ Division

JOSHUA GEORGE MCMILLIN

                                                  )      Case No.   2:24-cv-1533- HL
                                                  )             _(to be filled in by the Clerk's Office)_
                                                  )
_____      )
_Plaintiff(s)_                                          )
_(Write the full name of each plaintiff who is filing this complaint._      )    Jury Trial: _(check one)_  ☐ Yes  ☑ No
_If the names of all the plaintiffs cannot fit in the space above,_      )
_please write "see attached" in the space and attach an additional_      )
_page with the full list of names.)_                         )
                        -v-                            )
                                                  )
WALMART INC.                                )
                                                  )
                                                  )
_____      )
_Defendant(s)_                                        )
_(Write the full name of each defendant who is being sued.  If the_      )
_names of all the defendants cannot fit in the space above, please_      )
_write "see attached" in the space and attach an additional page_      )
_with the full list of names.)_                            )

## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint**

    A.     **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

|  |  |
|---|---|
| Name | JOSHUA GEORGE MCMILLIN |
| Street Address | 6040 NW HIGH HEAVEN RD |
| City and County | MCMINNVILLE, YAMHILL COUNTY |
| State and Zip Code | OREGON 97128-7917 |
| Telephone Number | 503-364-1611 |
| E-mail Address | josh40737@gmail.com |

    B.     **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | WALMART INC. |
| Job or Title *(if known)* | LEAGLE ADRESS |
| Street Address | 702 SW 8TH STREET |
| City and County | BENTONVILLE, BENTON COUNTY |
| State and Zip Code | ARKANSA, 72716-0445 |
| Telephone Number | 1-800-774-6922 |
| E-mail Address *(if known)* | Ethics@walmart.com |

Defendant No. 2

| | |
|---|---|
| Name | C/O THE CORPORATION TRUST CORPORATION |
| Job or Title *(if known)* | PLACE OF INCORPORATION |
| Street Address | 1209 ORANGE ST |
| City and County | WILMINGTON, NEW CASTLE COUNTY |
| State and Zip Code | DELAWARE, 19801 |
| Telephone Number | 1-800-677-3394 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | WALMART INC. |
| Job or Title *(if known)* | CLAIMS SERVICES/ COMPLIANCE OFFICE |
| Street Address | PO. BOX 14731 |
| City and County | LEXINGTON, FAYETTE COUNTY |
| State and Zip Code | KENTUCKY, 40512-4731 |
| Telephone Number | 1-800-527-0566 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
(28 U.S.C. CG 1332; Diversity of Citizenship)   NEGLIGENCE

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* JOSHUA GEORGE MCMILLIN , is a citizen of the State of *(name)* OREGON .

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)*   WALMART INC.                              , is incorporated under

the laws of the State of *(name)*   DELAWARE                              , and has its

principal place of business in the State of *(name)*   ARKANSA                        .

Or is incorporated under the laws of *(foreign nation)*                              ,

and has its principal place of business in *(name)*                              .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

BECAUSE OF THE LEVEL OF DISREGARD FOR THE OREGON STATE LAWS BOTTLE BILL.THE THEFT OF A 10 CENT CAN,THE LEVEL OF NEGLIGENCE BORDERS THE LINE OF GROSS NEGLIGENCE.SO THE DAMAGES ASKED FOR ARE TO MAKE SURE THIS DONT HAPPEN TO ANYONE ELSE.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ON JULY 31ST AT PLACE OF WALMART INC. 2203 SW COURT PLACE PENDELTON OREGON.THE TOTTAL DISREGARDFOR THE OREGON BOTTLE BILL.THE MALE REPRESENTATIVE OF WALMART INC. COUNTED OUT MY BOTTLES AND A CAN AND INSTEAD OF PAYING ME EVEN AFTER I SHOWED HIM THE LAWS ON THE WINDOW CALLED OUT ANOTHER REPRESENTATIVE OF WALMART INC. AND SHE TOLD ME THEY DONT TAKE CANS OR BOTTLES FROM OTHER STORES BECUSE THEY DONT GET REIMBURSED.I THEN POLITELY TRYED TO SHOW HER THE LAWS DISPLAYED ON THE WINDOW SHE TOOK 2 STEPS AND FLAT OUT REFUSED TO LOOK AT THE LAWS SHOOK HER HEAD NO AND THEN THEY PLACED MY WATER BOTTLES ON THE FLOOR AND STOLE MY 10 CENT CAN.   8 AM - 11 AM

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

IM ASKING THE COURT FOR THE SUM OF 20 MILLION DOLLARS AND TO MAKE SURE THIS TYPE OF INCIDENT DONT HAPPEN TO ANYONE ELSE. I CANNOT ASSUME WHETHER THIS IS AN ONGOING INCIDENT OR A ISOLATED EVENT. ACTUAL DAMAGES, THEFT OF A 10CENT CAN, POSSIBLY HARRASMENT, THE VIOLATION OF OREGON LAW, AND FELT HUMILIATED EMBERASSED , FELT MY DIGNITY AS A PERSON HAD BEEN BELITTLED. I FEEL IM ENTITLED TO PUNITIVE MONEY DAMAGES FOR BEING TREATED IN THIS MANNER BY WALMART INC. AND ITS REPRESENTATIVES.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *Joshua G. Medina*   9-11-24

Signature of Plaintiff    *Joshua Medina*

Printed Name of Plaintiff    JOSHUA GEORGE MCMILLIN

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____